No. 95–1649. KANSAS *v.* HENDRICKS; and
No. 95–9075. HENDRICKS *v.* KANSAS. Sup. Ct. Kan. Motions of Leroy Hendricks for leave to proceed *in forma pauperis* granted. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument.

No. 95–1694. REGENTS OF THE UNIVERSITY OF CALIFORNIA ET AL. *v.* DOE. C. A. 9th Cir. Motion of American Council on Education et al. for leave to file a brief as *amici curiae* granted. Certiorari granted.

No. 95–1717. UNITED STATES *v.* LANIER. C. A. 6th Cir. Motion of Southern Poverty Law Center et al. for leave to file a brief as *amici curiae* granted. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 95–1469. RICHARD *v.* HINSON, ADMINISTRATOR, FEDERAL AVIATION ADMINISTRATION. C. A. 5th Cir. Certiorari denied.

No. 95–1472. KLUMP *v.* DUFFUS ET AL. C. A. 7th Cir. Certiorari denied.

No. 95–1480. HOTCAVEG ET AL. *v.* KENNEDY, DIRECTOR, NATIONAL PARK SERVICE, ET AL. C. A. 8th Cir. Certiorari denied.

No. 95–1483. YANEZ-PENALOZA *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 5th Cir. Certiorari denied.

No. 95–1492. AKERS ET AL. *v.* PALMER ET AL. C. A. 6th Cir. Certiorari denied.

No. 95–1528. HARRIS COUNTY APPRAISAL DISTRICT ET AL. *v.* VIRGINIA INDONESIA CO. Sup. Ct. Tex. Certiorari denied.